COM.

v.

**SMALL, E.**

**245 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–22–CR–0001458–2011 (Dauphin)

Reversed/Remanded

COM.

v.

**SWICK, J.**

**1172 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

Reargument Denied 6/28/2017

CP–08–CR–0000310–2008 (Bradford)

Affirmed

COM.

v.

**MCNEAR, D.**

**1039 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–35–CR–0000018–2016 (Lackawanna)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**NEILSON, S.**

**1279 MDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–08–CR–0000957–2015 (Bradford)

Affirmed